# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THEODORE O'BRIEN, | ) | No. 04-3897-ABC(CW) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| MIKE KNOWLES, (Warden), | ) ) | |
| Respondent. | ) ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: March 5, 2012

*Audrey B. Collins*

———————————————————
Audrey B. Collins
Chief United States District Judge